# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMERICAN FREE ENTERPRISE
CHAMBER OF COMMERCE; and
MICHIGAN OIL AND GAS
ASSOCIATION,

              *Petitioners*,

   v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

             *Respondent*.

No. 25-__1025__

## PETITION FOR REVIEW

Pursuant to 42 U.S.C. § 7607(b)(1) and Federal Rule of Appellate Procedure 15(a), the American Free Enterprise Chamber of Commerce and the Michigan Oil and Gas Association (collectively, "Petitioners") hereby petition this Court for review of the final agency action of the Administrator of the United States Environmental Protection Agency ("EPA") in promulgating the final rulemaking entitled "Waste Emissions Charge for Petroleum and Natural Gas Systems: Procedures for

Facilitating Compliance, Including Netting and Exemptions," and published in the Federal Register at 89 Fed. Reg. 91,094 (Nov. 18, 2024). Petitioners seek review of EPA's final rule on the grounds that it is arbitrary and capricious or otherwise contrary to law and challenge the rule in its entirety. A copy of this final rule is attached as "Attachment A."

Jurisdiction and venue are proper under 42 U.S.C. § 7607(b)(1), because Petitioners are persons adversely affected by this "nationally applicable regulation[] promulgated … under" the Clean Air Act. The Petition is timely filed because fewer than sixty days have passed since the final rule was published in the Federal Register on November 18, 2024. *See* 42 U.S.C. § 7607(b)(1).

Petitioners respectfully request that this Court (1) grant the Petition and hold that the rule is unlawful; (2) vacate, enjoin, and set the rule aside; and (3) provide such other relief as this Court deems appropriate.

Dated: January 16, 2025

Respectfully submitted,

/s/ Michael Buschbacher
MICHAEL BUSCHBACHER
  *Counsel of Record*
JAMES R. CONDE
BOYDEN GRAY PLLC
800 Connecticut Ave. NW,
Suite 900
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com

WILLIAM P. BARR
TORRIDON LAW PLLC
801 17th St., N.W.
Suite 1100
Washington, DC 20006
(202) 249-6900

*Counsel for Petitioners*

# RULE 26.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Petitioners make the following disclosures:

**American Free Enterprise Chamber of Commerce** ("AmFree") is a business league organization established in a manner consistent with Section 501(c)(6) of the Internal Revenue Code. AmFree represents entrepreneurs and businesses across all sectors and advocates for their interests in the preservation of free markets and free innovation. It has no parent companies, and no publicly held company has a 10% or greater ownership interest in AmFree.

**Michigan Oil And Gas Association** ("MOGA") is a non-profit trade association, as defined by D.C. Circuit Rule 26.1(b), that represents the interests of companies involved in the exploration, drilling, production, transportation, processing and storage of crude oil and natural gas in the state of Michigan. MOGA has nearly 650 members including independent oil companies, major oil companies, the exploration arms of various utility companies, diverse service companies and individuals. MOGA has no parent companies, and no publicly held company has a 10% or greater ownership interest in it.

Dated: January 16, 2025              /s/ *Michael Buschbacher*
                                     Michael Buschbacher
                                     *Counsel for Petitioners*

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I will cause a true and correct copy of the Petition for Review, Rule 26.1 Statement, and Attachment A attached thereto, to be served via first-class certified mail, return receipt requested, to:

> U.S. Environmental Protection Agency
> Correspondence Control Unit
> Office of General Counsel (2311)
> 1200 Pennsylvania Ave., NW
> Washington, DC 20460
>
> Jane Nishida
> Acting Administrator
> Office of the Administrator (1101A)
> U.S. Environmental Protection Agency
> 1200 Pennsylvania Avenue NW
> Washington, DC 20460

Dated: January 16, 2025                /s/ *Michael Buschbacher*
                                                                Michael Buschbacher
                                                                *Counsel for Petitioners*